UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------X
FAMOUS HORSE INC. d/b/a V.I.M :

      Plaintiff,

  v. :

   Civil Action

5th AVENUE PHOTO INC., M&B SUIT :
WAREHOUSE, INC., I D-DEALZ, INC.,
MIKE BOUSKILA and MOSHE
BOUSKILA :

      Defendants. :

---------------------------------------X




## FRCP 7.1 STATEMENT

PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1, IN ORDER TO ENABLE JUDGES AND MAGISTRATE JUDGES OF THE COURT TO EVALUATE POSSIBLE DISQUALIFICATION OR RECUSAL, THE UNDERSIGNED COUNSEL FOR RFMAS, INC., (A PRIVATE NON-GOVERNMENTAL PARTY) CERTIFIES THAT THE FOLLOWING ARE CORPORATE PARENTS OF SAID PARTY, OR ARE PUBLICLY TRADED CORPORATIONS THAT OWN 10 PERCENT OR MORE OF ITS STOCK.

**NONE**

DATE:

FELDMAN LAW GROUP, P.C.

By: _____
Kenneth Feldman (6003)
Stephen E. Feldman (5630)
12 East 41st Street
New York, New York 10017
(212) 532-8585