**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **FAMOUS HORSE INC. dba V.I.M.,** | **Case No.**    **07 CIV 7818** |
| **Plaintiff,** | **(Pauley, J.)** |
| -against- | |
| **5th AVENUE PHOTO INC., M&B SUIT WAREHOUSE, INC., ID DEALZ INC., MIKE BOUSKILA, MOSHE BOUSKILA,** | **NOTICE OF APPEARANCE** |
| **Defendants,** | |

SIRS:

PLEASE TAKE NOTICE that the Defendants, hereby appear in this action and that the undersigned has been retained as attorneys for said plaintiff and demands that you serve all papers in this action upon the undersigned at the address stated.

Dated:     New York, New York
           November 8, 2007

Jeffrey Dweck (JD 6658)
THE LAW FIRM OF JEFFREY S. DWECK, P.C.
100 West 33rd Street – Suite 1017
New York, New York 10001
(212) 502-6150
Attorneys for Defendants

To:     Kenneth Feldman, Esq. (KSF 6003)
        FELDMAN LAW GROUP, PC
        12 East 41st Street
        New York, New York 10017

**Note:  This document is being filed for the purposes of effecting Electronic Case Filing service only and is not an admission of jurisdiction.  The parties appearing herein reserve the right to move or otherwise respond to the Complaint in this case.**