Jeffrey Dweck (JD 6658)
THE LAW FIRM OF JEFFREY S. DWECK, P.C.
100 West 33rd Street, Suite 1017
New York, New York 10001
(212) 502-6150
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **FAMOUS HORSE INC. d/b/a V.I.M.,,** | Case No. 07-CV-7818 (PAULEY, J.) |
| **Plaintiff,** | |
| vs. | |
| **5TH AVENUE PHOTO INC., M&B SUIT WAREHOUSE, INC,, I D-DEALZ, INC., MIKE BOUSKILA and MOSHE BOUSKILA,** | F.R.C.P. RULE 7.1 STATEMENT |
| **Defendants.** | |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorneys of record for Defendant, (a non-governmental corporate party) certify that:

☒   There are no corporate parent(s) and/or publicly held corporations that own 10% or more of Defendant's stock.

Dated:  New York, New York
        November 14, 2007

THE LAW FIRM OF JEFFREY S. DWECK, P.C.

By: Jeffrey S. Dweck, Esq. (JD 6658)

100 West 33rd Street - Suite 1017
New York, New York 10001
212-502-6150