USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/26/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
FAMOUS HORSE INC. d/b/a V.I.M.,                 :     07 Civ. 7818 (WHP)

                Plaintiff,                 :

                -against-                 :     SCHEDULING ORDER NO 1

5TH AVENUE PHOTO INC., et al.,                 :

                Defendants.                 :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WILLIAM H. PAULEY III, District Judge:

      Counsel for all parties having appeared for a December 21, 2007 conference, the following schedule is established on consent:

1. Plaintiff shall file and serve any amended complaint by January 18, 2008;

2. Defendants shall file and serve their motion to dismiss by January 31, 2008;

3. Plaintiff shall file and serve its opposition to the motion by February 21, 2008;

4. Defendants shall file and serve their reply on the motion by February 29, 2008;

5. This Court will hold oral argument on March 14, 2008 at 3:30 p.m.;

6. Discovery shall be completed by June 30, 2008;

7. The parties shall submit a joint pre-trial order in accordance with this Court's individual practices by July 31, 2008; and

8. This Court will hold a final pre-trial conference on August 22, 2008 at 10:30 a.m.

Dated: December 21, 2007
New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

*Counsel of Record*:

Kenneth S. Feldman, Esq.
Stephen Feldman, Esq.
Law Offices of Stephen E. Feldman, P.C.
12 East 41st Street
New York, NY 10017
*Counsel for Plaintiff*

Jeffrey S. Dweck, Esq.
The Law Firm of Jeffrey S. Dweck, P.C.
100 West 33rd St., Suite 1013
New York, NY 10001
*Counsel for Defendants*