UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
FAMOUS HORSE INC. d/b/a V.I.M.,            :        07 Civ. 7818 (WHP)

              Plaintiff,    :

    -against-            :        SCHEDULING ORDER NO 2

5TH AVENUE PHOTO INC., et al.,            :

             Defendants.    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WILLIAM H. PAULEY III, District Judge:

    Plaintiff having applied for an extension of time to file an amended complaint, and Defendants having consented to such an extension, the following schedule is established on consent:

1. Plaintiff shall file and serve any amended complaint by February 8, 2008;

2. Defendant shall file and serve their motion to dismiss by February 29, 2008;

3. Plaintiff shall file and serve its opposition to the motion by March 21, 2008;

4. Defendants shall file and serve their reply on the motion by March 31, 2008; and

5. This Court will hold oral argument on April 18, 2008 at 10:45 a.m.

Dated:    January 23, 2008
             New York, New York

                                                SO ORDERED:

                                                WILLIAM H. PAULEY III
                                                U.S.D.J.

*Counsel of Record*:

Kenneth S. Feldman, Esq.
Stephen Feldman, Esq.
Law Offices of Stephen E. Feldman, P.C.
12 East 41st Street
New York, NY 10017
*Counsel for Plaintiff*

Jeffrey S. Dweck, Esq.
The Law Firm of Jeffrey S. Dweck, P.C.
100 West 33rd St., Suite 1013
New York, NY 10001
*Counsel for Defendants*