Jeffrey Dweck (JD 6658)
THE LAW FIRM OF JEFFREY S. DWECK, P.C.
100 West 33rd Street, Suite 1017
New York, New York 10001
(212) 502-6150
**Attorneys for Defendants**

5th Avenue Photo Inc.,
M&B Suit Warehouse, Inc.,
I D-Dealz, Inc.,
Mike Bouskila and
Moshe Bouskila

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **FAMOUS HORSE INC. d/b/a V.I.M.**, | Case No. 07-CV-7818 |
| **Plaintiff,** | (PAULEY, J.) |
| vs. | |
| **5TH AVENUE PHOTO INC., M&B SUIT WAREHOUSE, INC, I D-DEALZ, INC., NJ FRENCH KISS, INC., FLORENTIN FASHIONS, INC., MIKE BOUSKILA and MOSHE BOUSKILA,** | |
| **Defendants.** | |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that, upon the Memorandum of Law, upon the pleadings and all prior proceedings had herein, the defendants The Law Firm Of Jeffrey Dweck, P.C. and Jeffrey Dweck, by The Law Firm Of Jeffrey S. Dweck, P.C. will move this Court, at the United States Courthouse, 500 Pearl Street, Courtroom 11D, New York, New York 10007, before the Honorable William H. Pauley, III on April 18, 2008 at 10:45 a.m. or as soon thereafter as counsel may be heard, for an order dismissing the defendant's Counterclaim pursuant to F.R.C.P. Rule 12(b)(1) and 12(b)(6) for lack of subject matter jurisdiction and failure to state a claim, respectively, and granting such other relief as this Court may deem just and proper.

Dated:   New York, New York
         February 29, 2008

                          Respectfully,

                          Jeffrey Dweck (JD 6658)
                          THE LAW FIRM OF JEFFREY S. DWECK, P.C.
                          100 West 33rd Street, 10th Floor
                          New York, New York 10001
                          (212) 502-6150
                          Attorneys for Defendants
                          5th Avenue Photo Inc.,
                          M&B Suit Warehouse, Inc.,
                          I D-Dealz, Inc.,
                          Mike Bouskila and
                          Moshe Bouskila

**To:**   Feldman Law Group
          121 East 41st Street
          New York, New York 10017

          Attention: Kenneth S. Feldman, Esq.