# Exhibit C

# North Face Gets Huge Counterfeiting Judgment

Publication: Sporting Goods Business
Date: Friday, March 3 2006

VF Outdoor, maker of The North Face outerwear and equipment, announced that TNF was awarded a million-dollar judgment by the US District Court for the Southern District of New York vs Nabil Saleh, Ibrahim Saleh and Toufic Saleh, who, through a variety of corporate aliases, including #1 Spot of NY, Broadway Outlet, TriStar Wholesale, F&H Fabric Enterprise and BARE USA, formed and operated a counterfeiting enterprise that sold counterfeit jackets bearing TNF trademarks to wholesalers and retailers throughout New York City and the rest of the US.

Ads by Google

**Better Than Sample Sales**
Find out when The North Face goes on sale in your size!
www.shopittome.com

**North Face**
Find Deals, Read Reviews from Real People. Get the Truth. Then Go.
www.TripAdvisor.com

**The North Face**
Authorized retailer - Free Shipping over $50 & price match guarantee
www.TravelCountry.com

TNF first learned of the Salehs' counterfeiting operations late in 2003 while investigating the source of counterfeit jackets bearing TNF trademarks, many of which TNF had seized, pursuant to a federal court order, from multiple locations of the Reliance Department store chain in New York City right before Thanksgiving of that year.

TNF's investigation led to the discovery and confiscation of thousands of additional counterfeit jackets from Salehs' various entities as well as from Classic Closeouts a/k/a Internet Value Group, a Cedarhurst, NY company with an online retail store at www.classiccloseouts.com, as well as from deal.com, a Wisconsin-based online auction site all of which are believed to have originated with the Salehs.

In addition, TNF confiscated invoices and other documents showing sales of the same jackets by Salehs' codefendants, Chic Lady, Ltd, SABS II, Inc, Nassiri, Inc., Lenny Felman, Beged 101, Inc., Jason Malakan, Haber International Import Export, Ltd, Isaac Haber, Desit and Morris Bouskila, against many of whom TNF had earlier settled, obtaining permanent injunctions and money damages of more than $40,000

Get Free Background Screening Quotes

In addition, make sure to read these articles:

Employment: No discrimination for accommodation of patients'...
Court denies owners' challenge against city forms.
'Power center' meets changing demand.
NY Supreme Court upholds design-build contract.
Environmental ruling may kill Columbus Center.

**Related Resources**
Press Releases
   The North Face Awarded Million-Dollar Judgment by a United States District Court.
   Stroock Wins Significant Summary Judgment Ruling in Trade Secrets Case for its Client Richards Manufacturing.
   ACLJ Gets Injunction from Federal Court Clearing the Way for Post Sept. 11 Prayers and Grief Counseling to Occur in Public Housing Facility in New York City.
Blogs
   Get Me to My Arrival On Time
   Hogs & Heifers: an Unusual Tale of Success
   The Road to the Stove
   The Small Business Blog
   **All Bloggers**
Podcast
   Franchise Investments: How to Analyze Them – Part 1
   **All Podcasts**

T T T                                         Print   Email   Digg It   del.icio.us

Newly Added Articles
   Web 2.0 (Part Two)
   Cochran may open Till case
   City living is tough for a country girl.

many of which The **North Face** had seized, pursuant to a federal court order, from multiple locations of the Reliance Department store chain in New York City right before Thanksgiving of that year.

The **North Face**'s investigation led to the discovery and confiscation of thousands of additional counterfeit jackets from Salehs' various entities as well as from Classic Closeouts a/k/a Internet Value Group, a Cedarhurst, New York company with an online retail store at www.classiccloseouts.com, as well as from deal.com, a Wisconsin-based online auction site all of which are believed to have originated with the Salehs. In addition, The **North Face** confiscated invoices and other documents showing sales of the same jackets by Salehs' codefendants, Chic Lady, Ltd, SABS II, Inc, Nassiri, Inc., Lenny Felman, Beged 101, Inc., Jason Malakan, Haber International Import Export, Ltd, Isaac Haber, Desit and Morris **Bouskila**, against many of whom The **North Face** had earlier settled, obtaining permanent injunctions and money damages of more than $40,000.

The **North Face** obtained preliminary injunctions against the Salehs and then moved for summary judgment on its claims for trademark counterfeiting and infringement. After months of briefing, Judge Barbara S. Jones of the United States District Court for the Southern District of New York granted The **North Face**'s motion for summary judgment, awarding The **North Face** a $1,000,000 judgment, plus reasonable attorneys' fees, against the Salehs, against whom the Court also entered a permanent injunction. The **North Face** had obtained an order freezing certain of the Salehs' bank accounts much earlier in the litigation process and those proceeds will now go to satisfy the judgment.

Contact Us                                                                                                                  The **North Face** Guru


POWERED BY >INFOPOP<
UBB.threads™ 6.5

| Make $1000 - $3000 / Day!... | Make $1000 - $3000 / Day! | Make $1000 - $3000 / Day! | Make $1000 - $3000 / Day! | Make $1000 - $3000 / Day! |

Advertise Here