UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X

FAMOUS HORSE INC. d/b/a V.I.M.,           :

                   Plaintiff,           :   07 Civ. 7818 (WHP)

                 -against-           :   ORDER

5TH AVENUE PHOTO INC. et al.,             :

                 Defendants.           :
----------------------------------X

WILLIAM H. PAULEY III, District Judge:

      On May 19, 2008, this Court granted Defendants 5th Avenue Photo Inc., M&B Suit Warehouse, Inc., I D-Dealz, Inc., Mike Bouskila, and Moshe Bouskila's motion to dismiss. On July 8, 2008, this Court denied Plaintiff Famous Horse Inc. d/b/a V.I.M.'s ("Famous Horse") motion to amend the Complaint. Famous Horse subsequently filed a motion to amend the Complaint pursuant to Rule 59 of the Federal Rules of Civil Procedure. Because Famous Horse's motion recites the same arguments as its motion to amend the Complaint, it is denied.

Dated:   August 8, 2008
         New York, New York

                       SO ORDERED:

                       _____
                       WILLIAM H. PAULEY III
                       U.S.D.J.

*Counsel of Record:*

Kenneth S. Feldman, Esq.
Stephen Feldman, Esq.
Law Offices of Stephen E. Feldman, P.C.
12 East 41st Street
New York, NY 10017
*Counsel for Plaintiff*

Jeffrey S. Dweck, Esq.
The Law Firm of Jeffrey S. Dweck, P.C.
100 West 33rd St., Suite 1013
New York, NY 10001
*Counsel for Defendants 5th Avenue Photo Inc.,
M&B Suit Warehouse, Inc., I D-Dealz, Inc.,
Mike Bouskila, and Moshe Bouskila*