UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FAMOUS HORSE, INC. d/b/a V.I.M.   ) Case No.: **07 CIV 7818 (WHP)**
                              Plaintiff
                         v.
5TH AVENUE PHOTO, INC., et. al.,
                              Defendants

## AFFIDAVIT OF SERVICE

STATE OF New York: COUNTY OF Rockland    ss:

I, David A. Bacharach, being duly sworn, deposes and says; deponent is not a party to this action and is over the age of eighteen years and resides in the state of New York.

That on **FEBRUARY 26, 2008** at **1:35 PM** at **268 MAIN STREET, PATERSON, NEW JERSEY 07505**, deponent served the within **SUMMONS IN A CIVIL ACTION, AMENDED COMPLAINT AND JURY DEMAND** on **NJ FRENCH KISS, INC.** defendant therein named.

CORPORATION: A domestic corporation, by delivering thereat a true copy of each to **MARIA HERRERA (Manager)** personally, deponent knew said corporation so served to be the corporation described in said summons as said defendant and knew said individual to be MANAGING AGENT thereof.

DESCRIPTION: Deponent further states that the description of the person actually served is as follows:

Gender: **Female**   Skin: **Brown**   Hair: **Brown**   Age: **21-35 Yrs.**   Height: **5'4"-5'8"**   Weight: **100-130 Lbs.**

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

                                           David A. Bacharach   Lic. #.:1095841

Subscribed and sworn to before me, a notary public, on this _28th_ day of _FEBRUARY_, 2008.

Notary Public

ALICIA C RAIMONDI
Notary Public - State of New York
NO. 01RA6160026
Qualified in Rockland County
My Commission Expires 11/29/11